IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | |
| | | **CRIMINAL NO. RDB-14-0411** |
| **KEDRICK JENIFER,** *et al.*, | * | |
| Defendants. | * | |

...oOo...

## MOTION TO UNSEAL INDICTMENT AND BENCH WARRANTS

The United State of America, by its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and John W. Sippel, Jr., Assistant United State Attorney for said district, respectfully requests an order from the Court unsealing the Indictment and Bench Warrants in this case, and in support states the following:

1. The defendants have been charged in a one-count Indictment alleging conspiracy and possession with the intent to distribute five kilograms or more of cocaine in violation of 21 U.S.C. § 846. Bench Warrants were issued for their arrests. Pursuant to an Order of the Court, the Indictment and Bench Warrants are under seal.

2. Seven of the nine defendants were arrested today. As a result of the arrests and execution of search and seizure warrants, the substance of the Indictment has been made public and the circumstances to maintain the Indictment under seal no longer exist.

3. The defendants who remain at-large are being actively pursued. The United States Marshals Service requires an unsealed copy of the Indictment and Bench Warrants to further effectuate the arrests of the at-large defendants. In addition, two of the charged defendants were arrested outside of the District of Maryland and the courts that will be conducting Fed. R. Crim. P. 5 proceedings for those defendants require an unsealed copy of the Indictment and respective

Bench Warrants.

Accordingly, the Government respectfully requests that the Indictment and Bench Warrants be unsealed.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

October 9, 2014
Date

John W. Sippel, Jr.
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4807